UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| REBECCA TRIPP <br>     Plaintiff <br> vs <br> <br> THE BUCKEYE RANCH, INC <br>     Defendant | CASE NO. 2:09-CV-0827 <br> JUDGE SARGUS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among the parties, that pursuant to the parties having executed a settlement agreement relative to this case, the above-captioned action should be dismissed in its entirety, with prejudice, with each party to pay its own costs and fees.

SO STIPULATED AND AGREED.

/s/ *Kendall D. Isaac*
Kendall D. Isaac, Esq. (0079849)
THE ISAAC FIRM, L.L.C.
341 S. 3rd Street, Ste 10
Columbus, OH 43215
Ph: (614) 755-6540
Fax: (614) 221-6740
Email: *Kendall@theisaacfirm.com*

*Attorney for Plaintiff*

**IT IS SO ORDERED.**

/s/ *Lauren Harris*
Lauren P. Harris (0079364)
Vorys, Sater Seymour and Pease LLP
52 East Gay Street
PO Box 1008
Columbus, OH 43216
Ph: (614) 464-6489
Fax: (614) 719-4682
Email: *Lpharris@vorys.com*

*Attorney for Defendant*

5-26-2010

Edmund A. Sargus Jr.
United States District Court Judge